| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **The Lucky Penny Collectables LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **The Lucky Penny, LLC** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3969317** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business**<br><br>**4971 Royal Point Avenue**<br>**Kissimmee, FL 34746**<br>Number, Street, City, State & ZIP Code<br><br>**Osceola**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **www.ilovecharacters.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **The Lucky Penny Collectables LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **The Lucky Penny Collectables LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **The Lucky Penny Collectables LLC**                                              Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **The Lucky Penny Collectables LLC**                    Case number *(if known)*
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 6, 2024**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Gabriele Frontini**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **February 6, 2024**
     MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 481-5800**    Email address **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **The Lucky Penny Collectables LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alternative Funding**<br>2941 NW 62nd Street<br>Ste. 201<br>Fort Lauderdale, FL 33309 | | **Business Loan** | | **$34,441.84** | **Unknown** | **Unknown** |
| **Amazon Lending**<br>410 Terry Avenue<br>Seattle, WA 98109 | | **Loan** | | | | **$16,588.44** |
| **Chase**<br>PO Box 44959<br>Indianapolis, IN 46244 | | **Line of Credit** | | | | **$30,000.00** |
| **Chase Ink**<br>Card Member Services<br>P.O. Box 1423<br>Charlotte, NC 28201 | | **Credit Card** | | | | **$101,896.00** |
| **Everest Business Funding**<br>102 W. 38th Street<br>6th Floor<br>New York, NY 10018 | | **Business Loan** | | | | **$26,520.00** |
| **Florida Department of Revenue**<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | | **Taxes** | | | | **$0.00** |
| **Foundation Group LLC**<br>11501 Sunset Hills Rd<br>Reston, VA 20190 | | **Line Credit** | | | | **$65,000.00** |

Debtor **The Lucky Penny Collectables LLC**  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Legend Funding**<br>**800 Brickell Avenue**<br>**Ste. 902**<br>**Miami, FL 33131** | | **Business Loan** | | | | $18,981.00 |
| **Lending Point**<br>**1201 Robert Blvd**<br>**Bldg 200**<br>**Kennesaw, GA 30144** | | **Business Loan** | | | | $29,312.72 |
| **Marcus Line of Credit**<br>**P.O. Box 45400**<br>**Salt Lake City, UT 84145** | | **Credit Card** | | | | $23,867.11 |
| **My Rapid Finance**<br>**4500 East West Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | | **Line of Credit** | | | | $55,000.00 |
| **Orange County Tax Collector**<br>**PO Box 779003**<br>**Orlando, FL 32877** | | **Taxes** | | | | $0.00 |
| **Paypal Business Loan**<br>**3505 Silverside Road**<br>**Suite 200**<br>**Wilmington, DE 19810** | | **Business Loan** | | | | $39,669.04 |
| **Paypal Working Capital**<br>**P.O. Box 45950**<br>**Omaha, NE 68145** | | **Working Captial** | | | | $9,526.90 |
| **SellersFunding Corp.**<br>**1290 Weston Rd**<br>**Suite 306**<br>**Fort Lauderdale, FL 33326** | | **Business Loan** | | | | $41,439.56 |

## United States Bankruptcy Court
### Middle District of Florida

In re  **The Lucky Penny Collectables LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gabriele Frontini**<br>4971 Royal Point Avenue<br>Kissimmee, FL 34746 | | 50% | **Managing Member** |
| **Lucrezia Albanese**<br>4971 Royal Point Avenue<br>Kissimmee, FL 34746 | | 50% | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 6, 2024**   Signature _____  
**Gabriele Frontini**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re  **The Lucky Penny Collectables LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 6, 2024**

**Gabriele Frontini/Managing Member**
Signer/Title

The Lucky Penny Collectables LLC - - Pg. 1 of 1

The Lucky Penny Collectables LLC
4971 Royal Point Avenue
Kissimmee, FL 34746

Gabriele Frontini
4971 Royal Point Avenue
Kissimmee, FL 34746

SellersFunding Corp.
1290 Weston Rd
Suite 306
Fort Lauderdale, FL 33326

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Legend Funding
800 Brickell Avenue
Ste. 902
Miami, FL 33131

Alternative Funding
2941 NW 62nd Street
Ste. 201
Fort Lauderdale, FL 33309

Lending Point
1201 Robert Blvd
Bldg 200
Kennesaw, GA 30144

Amazon Lending
410 Terry Avenue
Seattle, WA 98109

Lucrezia Albanese
4971 Royal Point Avenue
Kissimmee, FL 34746

Chase
PO Box 44959
Indianapolis, IN 46244

Marcus Line of Credit
P.O. Box 45400
Salt Lake City, UT 84145

Chase Ink
Card Member Services
P.O. Box 1423
Charlotte, NC 28201

My Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Everest Business Funding
102 W. 38th Street
6th Floor
New York, NY 10018

Orange County Tax Collector
PO Box 779003
Orlando, FL 32877

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

Paypal Business Loan
3505 Silverside Road
Suite 200
Wilmington, DE 19810

Foundation Group LLC
11501 Sunset Hills Rd
Reston, VA 20190

Paypal Working Capital
P.O. Box 45950
Omaha, NE 68145

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **The Lucky Penny Collectables LLC**
                                    Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **21,738.00** |
   | Prior to the filing of this statement I have received | $ **21,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 6, 2024**
*Date*

*[signature]*
**Daniel A. Velasquez 0098158**
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800  Fax: (407) 481-5801**
**dvelasquez@lathamluna.com**
*Name of law firm*